■ JULIUS BALOGH, Individually and as a Partner in the Firm of MARKS & CLERK, Plaintiff, v. PERCY RAYNER-SMITH, Appellant, and THOMAS J. KELLY et al., Intervening Defendants-Appellants, and K. LAUSTEN SVENSON, Substitute Executor of WILLIAM W. TRIGGS, Deceased, Defendant to Cross-Claims Respondent.—Orders entered October 27, 1966 and April 11, 1967 and judgment entered thereon on April 19, 1967, which granted a motion to quash service of a supplemental summons on defendant Triggs and dismissed the cross claims of defendant Rayner-Smith and of the intervening defendants against Triggs, unanimously reversed on the law and the facts, with $50 costs and disbursements to appellants, the judgment vacated and the motions denied. The partnership relationship was sufficient to invoke the application of CPLR

302 (subd. [a]) and to sustain jurisdiction (*Schneider* v. *J & C Carpet Co.*, 23 A D 2d 103; *Banco Espanol de Credito* v. *Du Pont*, 24 A D 2d 445; CPLR 302 (subd. [a]); see also, 1 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 301.15; Partnership Law, § 20, § 4, subd. 3). The appeal, insofar as it seeks to dismiss the action on the ground that Triggs is a necessary party, dismissed as academic. Concur — Stevens, J. P., Eager, Capozzoli, McGivern and McNally, JJ. [51 Misc 2d 1089.]